660

39 So.2d 53

**Buck, alias James, ANDERSON v. STATE.**
6 Div. 698.

Court of Appeals of Alabama.
Dec. 14, 1948.

. A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 196

**James (alias Buck) ANDERSON v. STATE.**
6 Div. 615.

Court of Appeals of Alabama.
Dec. 7, 1948.

Davis & Bealle, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 196

**James (alias Buck) ANDERSON v. STATE.**
6 Div. 616.

Court of Appeals of Alabama.
Dec. 7, 1948.

Davis & Bealle, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 913

**James (alias Buck) ANDERSON v. STATE.**
6 Div. 771.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 913

**James (alias Buck) ANDERSON v. STATE.**
6 Div. 772.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 923

**J. B. ANDERSON v. STATE.**
8 Div. 663.

Court of Appeals of Alabama.
Feb. 1, 1949.

Harold Pounders, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.